IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| OTTO CANDIES, LLC, et al., | § | |
| | § | |
| Plaintiffs Below, | § | No. 338, 2020 |
| Appellants, | § | |
| | § | Court Below – Court of Chancery |
| v. | § | of the State of Delaware |
| | § | |
| KPMG LLP, | § | |
| | § | C.A. No. 2018-0435-MTZ |
| Defendant Below, | § | |
| Appellee. | § | |

Submitted: April 21, 2021
Decided: May 3, 2021

Before **SEITZ**, Chief Justice; **TRAYNOR** and **MONTGOMERY-REEVES**, Justices.

## <u>**ORDER**</u>

On this 3rd day of May, 2021, after careful consideration of all briefs and the record on appeal, and after oral argument, we find it evident that the final judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the August 21, 2020 memorandum opinion.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Tamika R. Montgomery-Reeves*
Justice